UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re LARRY THOMAS,                                     No. C 12-4291 PJH (PR)

                              Plaintiff.                **ORDER OF DISMISSAL**
_____/

        This case was opened when plaintiff wrote a letter to the court regarding medical care.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given thirty days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

        No response has been received.  This case is therefore **DISMISSED** without prejudice.  No fee is due.  The clerk shall close the file.

        **IT IS SO ORDERED.**

Dated:  October 25, 2012.          _____
                                                        PHYLLIS J. HAMILTON
                                                     United States District Judge

**United States District Court**
For the Northern District of California

G:\PRO-SE\PJH\CR.12\Thomas4291.dsm-ifp.wpd